UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

---------------------------------------------------------------- x
ANNE BRYANT,

                Plaintiff,

  -against-

HASBRO INC.; WILDSTAR MUSIC INC
(ASCAP) d/b/a HASBRO, INC.; STARWILD
MUSIC INC (BMI) d/b/a HASBRO INC.;
APOLLO'S CHARIOT MUSIC (ASCAP) d/b/a
HASBRO INC.; BANANA ALERT MUSIC
(BMI) d/b/a HASBRO INC.; JOHN AND JANE
DOES 1-5; ABC CORPORATIONS 1-5,

                Defendants.
---------------------------------------------------------------- X

Case No. 8:19-cv-00442-MSS-CPT

**UNOPPOSED MOTION FOR ADMISSION TO APPEAR**
***PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Russell T. Gorkin ("Movant"), pursuant to Local Rule 2.02, moves for an order allowing him to appear in this case *pro hac vice* as counsel on behalf of Defendant Hasbro, Inc., and submits this Written Designation and Consent to Act, and in support thereof states and certifies:

1.      Movant is not a resident of the State of Florida but he has been, and presently is, a member in good standing of the bar of the highest court of the State of New York, where Movant regularly practices law, and where his registration number is 5100367. Movant is also admitted to practice in the Eastern District of New York, the Southern District of New York, and the Court of Appeals for the Second Circuit. Movant is currently appearing *pro hac vice* in this Court on behalf of Defendant Hasbro, Inc. in another action filed by the same plaintiff (*i.e.*, Anne Bryant), which is styled as *Bryant v. Hasbro, Inc. et al.*, 8:18-cv-01336-CEH-CPT.

2.      Movant is an attorney at the law firm of Proskauer Rose LLP, with offices at: Eleven Times Square, New York, NY 10036, (212) 969-3496. Movant has been retained as an

attorney at the above named law firm by Hasbro, Inc. to provide legal representation in connection with the above-styled matter now pending before the above-named court.

    3.    Movant designates Matthew Triggs and the law firm of Proskauer Rose LLP, 2255 Glades Road, Suite 421-A, Boca Raton, FL 33431, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

    4.    Through his signature affixed below, Matthew Triggs of the law firm of Proskauer Rose LLP, hereby consents to such designation.

    5.    Pursuant to Local Rule 2.02(a), Movant certifies that he will comply with the fee and e-mail registration requirements of Rule 2.01(d).

<u>Local Rule 3.01(g) certification</u>

Counsel for Hasbro, Inc. has conferred with Plaintiff (who is acting *pro se*) regarding this motion and confirmed that Plaintiff has no opposition to the relief sought herein.

Dated: April 8, 2019.

*s/ Russell T. Gorkin*
Russell T. Gorkin, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3496
rgorkin@proskauer.com

*s/ Matthew Triggs*
Matthew Triggs
Florida Bar No. 0865745
Jessica Greenburg
Florida Bar No. 100827
PROSKAUER ROSE LLP
2255 Glades Road, Suite 421-A
Boca Raton, Florida 33431
Telephone: (561) 241-7400
Facsimile: (561) 241-7145
mtriggs@proskauer.com
jgreenburg@proskauer.com

*Counsel for Defendant Hasbro, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on the *pro se* Plaintiff via email at annebryantmusic@me.com and via UPS at the following Florida address:

Ms. Anne Bryant
2601 Jefferson Circle
Sarasota, FL 34239

*s/ Matthew Triggs*
Matthew Triggs